1  SEYFARTH SHAW LLP
   Myra B. Villamor (SBN 232912)
2  mvillamor@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
4  Facsimile:   (310) 201-5219

5  Attorneys for Defendant
   OASIS WEST REALTY LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>            Plaintiff,<br><br>      v.<br><br>Oasis West Realty LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>            Defendants. | Case No. 2:21-cv-87<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>(Los Angeles Superior Court Case No. 20SMCV01825)<br><br>Complaint Filed: November 24, 2020 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Oasis West Realty LLC ("Defendant") hereby removes the above-referenced action filed by Plaintiff Orlando Garcia ("Plaintiff") (collectively the "Parties") in the Superior Court of the State of California for the County of Los Angeles, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446, asserting original federal jurisdiction under 28 U.S.C. § 1331, to effect the removal of this action, and state that removal is proper for the reasons set forth below.

## BACKGROUND

1. This removal involves a lawsuit that was filed by Plaintiff on November 24, 2020 in the Superior Court of the State of California for the County of Los Angeles, entitled *Orlando Garcia v. Oasis West Realty LLC*, Case No. 20SMCV01825. *See* Declaration of Myra B. Villamor ("Villamor Decl.") at ¶ 3.

2. The Complaint asserts two claims for relief against Defendant: (1) violation of Title III of the Americans with Disabilities Act ("ADA") (42 U.S.C. § 12101, *et seq*.) and (2) violation of the Unruh Civil Rights Act (California Civil Code §§ 51-53). *See* Villamor Decl. at ¶ 4 and Exh. A thereto.

## TIMELINESS OF REMOVAL

3. Plaintiff personally served Defendant with the Complaint on December 9, 2020. *See* Villamor Decl. at ¶ 5.

4. As such, this Notice of Removal is timely as it is filed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based...." *See* 28 U.S.C. § 1446(b)(1).

## GROUNDS FOR REMOVAL

5. This Court has original jurisdiction over actions involving one or more federal questions. *See* 28 U.S.C. § 1331 (conferring original jurisdiction upon federal courts for actions arising under the laws of the United States). Further, this Court "shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original [federal question] jurisdiction that they form part of the same case or controversy . . . ." 28 U.S.C. § 1367(a).

6. Plaintiff's first cause of action in the Complaint seeks remedies under Title III of the ADA—a federal statute codified at 42 U.S.C. §§ 12181, *et seq*. *See* Villamor Decl. at ¶ 4 and Exh. A thereto (Complaint pp. 5-6). This action therefore presents a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

7. Plaintiff's remaining claim is asserted under California's Civil Code §§ 51-53 (Unruh Civil Rights Act) based on an alleged failure to provide full and equal access to Defendant's services, specifically relating to Defendant's reservation policies and practices, in violation of the ADA. *See* Villamor Decl. at ¶ 4 and Exh. A thereto (Complaint p. 7).

8. Accordingly, this Court has supplemental jurisdiction over Plaintiff's state law claim as it arises from, relates to, and emanates from the same alleged ADA violation, and is so related that it forms part of the same case or controversy pursuant to 28 U.S.C. § 1367(a).

## VENUE

9. Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 84(c)(2) and 1391. This action originally was brought in the Superior Court of the State of California for the County of Los Angeles, which is located within the Central District of the State of California, and the allegations in Plaintiff's Complaint occurred in the County of Los Angeles.

DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

## NOTICE OF REMOVAL

10. This Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

11. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Summons and Complaint, are attached as Exhibit A to the Declaration of Myra B. Villamor.

12. The undersigned, as counsel for Defendant, has read the foregoing and signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action pending before the Superior Court of the State of California for the County of Los Angeles be removed to the United States District Court for the Central District of California.

DATED: January 6, 2021                    SEYFARTH SHAW LLP


                                          By: */s/ Myra B. Villamor*
                                          Myra B. Villamor
                                          Attorneys for Defendant
                                          OASIS WEST REALTY LLC