1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | No. 2:21-cv-00087-JAK-AGR |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION FOR AN ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES (DKT. 22)** |
| v. | |
| OASIS WEST REALTY LLC, a Delaware Limited Liability Company, and Does 1-10, | |
| Defendants. | |

Based on a review of the parties' Stipulation for an Order Staying Further Proceedings and Deadlines (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is **STAYED** pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals"). The parties shall submit a joint status report, not to exceed five pages, within fourteen (14) days after a decision is issued in any of the Appeals, stating their respective and/or collective views as to appropriate next steps in this action.

**IT IS SO ORDERED.**

DATED: April 9, 2021

John A. Kronstadt
United States District Judge